1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITGO PETROLEUM CORPORATION, | Case No. CV 12-4485 DSF (FFMx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| v. | |
| TRIMEN OIL SALES, INC. | |
| Defendant. | |

TO DEFENDANT TRIMEN OIL SALES, INC.:

YOU ARE HEREBY ORDERED TO SHOW CAUSE at 1:30 p.m. on June 4, 2012 or as soon thereafter as counsel may be heard in the courtroom of the Honorable Dale S. Fischer, located at 255 East Temple Street in Los Angeles, California in Courtroom 840, why you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be retained and enjoined pending trial of this action from

    i.  Selling or offering for sale any lubricant products in 5-gallon

       buckets or 55-gallon drums bearing a label with any CITGO

trademark, including the MileMaster trademark or the CITGO or MileMaster name;

ii. Using CITGO's Marks, including the MileMaster marks, or any other name or mark likely to cause confusion with CITGO's Marks, in connection with the sale of any lubricants products sold in 5-gallon buckets or 55-gallon drums;

iii. Doing any other act or thing likely to confuse, mislead or deceive others into believing that Trimen's non-CITGO products emanate from, or are connected with, sponsored by or approved by CITGO;

iv. Destroy any false advertisements or counterfeit or infringing goods, labels, signs, prints, packages, wrappers, receptacles, advertisements or other printed materials bearing the CITGO Marks or any reproduction, counterfeit, copy or colorable imitation of them; and

v. Assisting, aiding, or abetting any person or entity in engaging in any of the activities prohibited in paragraphs (i) through (iv).

FURTHER, YOU ARE HEREBY ORDERED TO SHOW CAUSE why you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be required to:

i. Quarantine all counterfeit and infringing products, and  goods, labels, signs, prints, packages, wrappers, receptacles, advertisements or other printed materials in Trimen's possession bearing the

CITGO Mark or any reproduction, counterfeit, copy or colorable imitation of them.

ii. Quarantine any labels bearing CITGO's Marks that it has obtained from CITGO or a third-party vendor.

iii. Quarantine any lubricants re-packaged into 5-gallon buckets or 55-gallon drums that currently bear CITGO's Marks.

iv. File with this Court and serve on CITGO a report in writing under oath setting forth in detail the manner and form in which they have complied with the terms of any injunction entered by this Court, in accordance with 15 U.S.C. § 1116(a).

This Order to Show Cause and supporting papers must be served on Defendant no later than May 25, 2012, and proof of service shall be filed no later than May 29, 2012. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than May 30, 2012.

DATED: May 25, 2012                              ENTERED:

                                                 _Dale S. Fischer_

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE